# United States Bankruptcy Court
## Southern District of Ohio

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Danter, Kenneth F.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8137** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**31 Meadow Park Drive**<br>**Columbus, OH**<br>ZIP Code **43209** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Franklin** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information**    *** Myron N. Terlecky 0018628 *** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Danter, Kenneth F.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)        (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>    _____<br>    (Name of landlord that obtained judgment)<br><br><br>    _____<br>    (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Danter, Kenneth F.**

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth F. Danter**

Signature of Debtor  **Kenneth F. Danter**

X _____

Signature of Joint Debtor

_____

Telephone Number (If not represented by attorney)

**March 25, 2010**

Date

## Signature of Attorney*

X **/s/ Myron N. Terlecky**

Signature of Attorney for Debtor(s)

**Myron N. Terlecky 0018628**

Printed Name of Attorney for Debtor(s)

**Strip Hoppers Leithart McGrath & Terlecky Co., LPA**

Firm Name

**575 S. Third St**
**Columbus, OH 43215**

_____

Address

**614-228-6345  Fax: 614-228-6369**

Telephone Number

**March 25, 2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any, of Bankruptcy Petition Preparer

_____

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____

Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Kenneth F. Danter** _____,    Case No. _____

# FORM 1. VOLUNTARY PETITION
## <u>Other Names Attachment</u>

All Other Names used by Debtor in the last 8 years:

| | | |
|---|---|---|
| 1. | FDBA | Canton Classic Living, LLC |
| 2. | FDBA | Classic Management Michigan, LLC |
| 3. | FDBA | Classic Management Services, LLC |
| 4. | FDBA | Classic Properties Ypsilanti, LLC |
| 5. | FDBA | Classic Traditions of North Carolina, LLC |
| 6. | FDBA | Classic Traditions, LLC |
| 7. | FDBA | Daedalus Partners 5 LP |
| 8. | FDBA | Greensboro Classic Living II, LLC |
| 9. | FDBA | Greensboro Classic Living, LLC |
| 10. | FDBA | High Point Classic Living II, LLC |
| 11. | FDBA | High Point Classic Living, LLC |
| 12. | FDBA | Highland Woods, Ltd. |
| 13. | FDBA | KBB Construction, Inc. |
| 14. | DBA | Kenneth F. Danter & Company, Inc. |
| 15. | FDBA | Lansing Classic Living, LLC |
| 16. | FDBA | Lyon Classic Living, LLC |
| 17. | FDBA | Momentum Engineering, LLC |
| 18. | FDBA | Overlook at Deep River, LLC |
| 19. | FDBA | Perrysburg Classic Living, LLC |
| 20. | FDBA | Residential Growth Properties No. 1, LLC |
| 21. | FDBA | Taylor Classic Living, LLC |
| 22. | FDBA | Tyche 5, Inc. |
| 23. | FDBA | Westland Classic Living, LLC |
| 24. | FDBA | Winston-Salen Classic Living, LLC |
| 25. | FDBA | Classic Traditions, Inc. |
| 26. | FDBA | CTI Service Organization, Inc. |
| 27. | FDBA | Tyche LLC |
| 28. | FDBA | Town Street Properties, Inc. |

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Kenneth F. Danter**                           Case No. _____

                                 Debtor(s)       Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Kenneth F. Danter**
                                  **Kenneth F. Danter**

Date:   **March 25, 2010**

Certificate Number: 04198-OHS-CC-010224556

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 12, 2010 , at 9:33 o'clock AM EST ,

Kenneth Danter received from

Advantage Debt Management of America ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Southern District of Ohio , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by telephone .


Date: March 12, 2010                By      /s/Doug Beighle

                                    Name    Doug Beighle

                                    Title   Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Southern District of Ohio

In re    **Kenneth F. Danter**                  Case No.

Debtor(s)        Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, Trustee audits,or any post-confirmatioh work.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 25, 2010**

                     **/s/ Myron N. Terlecky**
                     **Myron N. Terlecky 0018628**
                     **Strip Hoppers Leithart McGrath & Terlecky Co., LPA**
                     **575 S. Third St**
                     **Columbus, OH 43215**
                     **614-228-6345   Fax: 614-228-6369**

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

# United States Bankruptcy Court
## Southern District of Ohio

In re    __Kenneth F. Danter__        Case No. _____

                                  Debtor(s)       Chapter    __7__

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| __Kenneth F. Danter__ | X __/s/ Kenneth F. Danter__ | __March 25, 2010__ |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

21ST CENTURY NEWSPAPERS
1551 E. LINCOLN, STE. 142
MADISON HEIGHTS, MI 48071

A SHADE BETTER
3912-112 BATTLEGOUND AVENUE
GREENSBORO, NC 27410

A.L.E.C. MASONRY, INC.
13499 CHESTNUT
TAYLOR, MI 48180

ACLOCHE
ONE EASTON OVAL, STE. 500
COLUMBUS, OH 43219

ACME GARAGE DOOR
13101 ECKLES
PLYMOUTH, MI 48170

ADT
C/O VALENTINE & KEBARTAS
524 CLEVELAND BLVD., STE. 201
CALDWELL, ID 83605

ADT SECURITY SYSTEMS, INC.
P O BOX 371967
PITTSBURGH, PA 15250

AFFORDABLE FIRE PROTECTION
47925 GRATIOT AVENUE
NEW BALTIMORE, MI 48051

AGUILERA LANDSCAPING
P O BOX 20522
GREENSBORO, NC 27420

AIRMASTER
2870 COOLIDGE HIGHWAY
BERKLEY, MI 48072

ALLIED TRAILER SALES & RENTALS
P O BOX 427
SAVAGE, MD 20763

ALPINE ENGINEERING, INC.
46892 WEST ROAD, STE. 109
NOVI, MI 48377

AMERI-CONSTRUCTION & CONCRETE
3845 W. GRAND RIVER AVENUE
HOWELL, MI 48855

```
AMERICAN 1ST TITLE AGENCY, INC.
241 N. SUPERIOR STREET, STE. 100
TOLEDO, OH 43604

AMERICAN DOOR COMPANY
P O BOX 14177
LANSING, MI 48901

AMERICAN EXPRESS
P O BOX 0001
LOS ANGELES, CA 90096

AMERICAN NATURESCAPES
305 W. MAIN STREET
MILAN, MI 48160

AMTRUST BANK
1801 EAST 9TH STREET
CLEVELAND, OH 44114

ANDREWS ARCHITECTS
6631 COMMERCE PARKWAY, STUDIO B
DUBLIN, OH 43017

ARWELL-HICKS INC.
P O BOX 2981
ANN ARBOR, MI 48106

ASTORIA CONCRETE
1397 WILDWOOD BLVD.
TOLEDO, OH 43614

AT&T
C/O FOCUS RECEIVABLES MANAGEMENT
1130 ORTHCHASE PARKWAY, STE. 150
MARIETTA, GA 30067

AT&T
BILL PAYMENT CENTER
SAGINAW, MI 48663

AT&T
P O BOX 8100
AURORA, IL 60507

AT&T, SBC
P O BOX 8100
AURORA, IL 60507

AT&T/BELLSOUTH
C/O FOCUS RECEIVABLES MANAGEMENT
1130 NORTHCHASE PARKWAY, STE. 150
MARIETTA, GA 30067
```

```
AT&T/BELLSOUTH
C/O CBCS
P O BOX 1810
COLUMBUS, OH 43216

ATWELL HICKS
P O BOX 2981
ANN ARBOR, MI 48106

B-N-S ELECTRIC, INC.
860 LIVERNOSIS
FERNDALE, MI 48220

B-N-S ELECTRIC, INC.
860 LIVERNOIS
FERNDALE, MI 48220

B. WAYNE CALTRIDER
7836 BRAUN ROAD
GROVEPORT, OH 43125

BANK OF NORTH CAROLINA
831 JULIAN AVE.
HIGH POINT, NC 27265

BANK ONE/CHASE
P O BOX 9001022
LOUISVILLE, KY 40290

BATHROOMS ETC.
663 APACHE DRIVE
WINSTON SALEM, NC 27107

BAY BANK & TRUST CO.
P O BOX 59350
PANAMA CITY, FL 32412

BELL SOUTH
P O BOX 70529
CHARLOTTE, NC 28272

BELL SOUTH
P O BOX 40
CHARLOTTE, NC 28272

BELLSOUTH
C/O ALPAT COMPANY, INC.
P O BOX 1689
SLIDELL, LA 70459

BILL DESANTO
902 MORAN ROAD
GREENSBORO, NC 27410
```

```
BILL HOLLAND, III
200 HOLLIS AVENUE
PANAMA CITY, FL 32401

BILL HOLLAND, IV
9741 VIA EMILIE
BOCA RATON, FL 33428

BILL WOODALL
4345 GRASSY MOSS DRIVE
GREENSBORO, NC 27409

BINSWINGER GLASS
410 SPRING GARDEN ST.
WILMINGTON, NC 28401

BLOOMFIELD CLEANING SERVICE
2173 HELMSFORD DRIVE
WALLED LAKE, MI 48390

BNS ELECTRIC
860 LIVERNOIS
FERNDALE, MI 48220

BOARD OF WATER & LIGHT
P O BOX 13007
LANSING, MI 48901

BOB'S SANITATION SERVICE, INC.
27940 WICK ROAD
ROMULUS, MI 48174

BRC BATHTUB REPAIR
313 E. BARRON ROAD
HOWELL, MI 48855

BREMAN BANK
6360 PRENTISS SCHOOL DRIVE
CANAL WINCHESTER, OH 43110

BRICKSTONE ENTERPRISES, INC.
747 QUAILMEADOW LANE
COLFAX, NC 27235

BRIGHTON STONE & FIREPLACE, INC.
7196 W. GRAND RIVER
BRIGHTON, MI 48114

BUILDER'S RISK PLAN
P O BOX 931795
ATLANTA, GA 31193

BUILDERS FIREPLACE & SUPPLY
P O BOX 4430
MC FARLAND, WI 53558
```

BUILDERS FIRSTSOURCE
P O BOX 402616
ATLANTA, GA 30384

BUILDERS INSULATION
P O BOX 40
MC FARLAND, WI 53558

BUILDERS LIGHTING
1912 MARGARET STREET
WINSTON SALEM, NC 27103

BUILDERS RISK PLAN
P O BOX 931795
ATLANTA, GA 31193

BUILDERS' INSULATION
P O BOX 40
SWANTON, OH 43558

C & L SEAMLESS GUTTERING
4999 JOEL JESSUP ROAD
SEAGROVE, NC 27341

CALIPER
506 CARNEGIE CENTER, STE. 300
P O BOX 2050
PRINCETON, NJ 08543

CANTON CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

CANTON TOWNSHIP TREASURER
P O BOX 87010
CANTON, MI 48187

CARD MEMBER SERVICES
CB DISPUTES
P O BOX 108
SAINT LOUIS, MO 63166

CARPENTER & LIPPS LLP
280 PLAZA, STE. 1300
280 N. HIGH STREET
COLUMBUS, OH 43215

CB SERVICES CORP.
C/O DAVID M. WARREN, ESQ.
130 S. FRANKLIN STREET
ROCKY MOUNT, NC 27804

CECIL KENT LEE
4300 AGLIANO TERRACE
SUMMERFIELD, NC 27358

CENTRAL MICHIGAN LUMBER
407 N. CLINTON AVENUE
SAINT JOHNS, MI 48879

CHARLES CARTER PLUMBING
P O BOX 1243
SUMMERFIELD, NC 27358

CHASE BANK USA NA
800 BROOKSEDGE BLVD.
WESTERVILLE, OH 43081

CHERIE HARDIE
C/O WELLS JENKINS LAW FIRM
155 SUNNYNOLL CT., STE. 200
WINSTON SALEM, NC 27106

CHESTER, WILLCOX & SAXBE LLP
65 E. STATE STREET, STE. 1000
COLUMBUS, OH 43215

CHRISTOPHER E. MCNEELY
MITTELSTAEDT AND MCNEELY PC
1700 W. HAMLIN, SUITE 100
ROCHESTER, MI 48309

CIMINO CONSTRUCTION, INC.
3476 MILLIKIN COURT
COLUMBUS, OH 43228

CISCO SYSTEMS CAPITAL CORP.
P O BOX 41601
PHILADELPHIA, PA 19101

CIT TECHNOLOGY FINANCING SERVICES, INC.
1 CIT DRIVE
LIVINGSTON, NJ 07039

CITI BANK
BOX 183065
COLUMBUS, OH 43218

CITI CARD
BOX 182546
COLUMBUS, OH 43218

CITIBANK CBSD NA
701 E. 60TH STREET N.
SIOUX FALLS, SD 57104

CITY OF COLUMBUS
DIVISION OF INCOME TAX
50 W. GAY STREET, 4TH FLOOR
COLUMBUS, OH 43215

```
CITY OF EAST LANSING
124 W. MICHIGAN AVE., 3RD FLOOR
LANSING, MI 48933

CITY OF EAST LANSING
410 ABBOT ROAD
EAST LANSING, MI 48823

CITY OF HIGH POINT UTILITIES
P O BOX 10039
HIGH POINT, NC 27261

CITY OF LANSING
124 W. MICHIGAN AVENUE
LANSING, MI 48933-1694

CITY OF TAYLOR
WATER DEPARTMENT
P O BOX 298
TAYLOR, MI 48180

CITY OF TAYLOR
23555 GODDARD
TAYLOR, MI 48180

CITY OF TAYLOR
23555 GODDARD ROAD
TAYLOR, MI 48180-4117

CITY OF WESTLAND
36601 FORD ROAD
P O BOX 85040
WESTLAND, MI 48185-2298

CITY OF WESTLAND TREASURER
36601 FORD ROAD
WESTLAND, MI 48185

CITY WIDE INSULATION
C/O COLEMAN HULL & VAN VLIET
8500 NORMANDALE LAKE BLVD.
MINNEAPOLIS, MN 55437

CLASSIC MANAGEMENT MICHIGAN, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

CLASSIC MANAGEMENT SERVICES, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

CLASSIC PROPERTIES OF YPSILANTI, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215
```

CLASSIC TRADITION HOMES
363 E. TOWN STREET
COLUMBUS, OH 43215

CLASSIC TRADITIONS OF N. C., LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

CLASSIC TRADITIONS, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

CLINTON COUNTY TREASURER
100 E. STATE STREET, STE. 2400
P O BOX 39
SAINT JOHNS, MI 48879

COFACE COLLECTIONS
3767 W. BURDICKVILLE ROAD
MAPLE CITY, MI 49664

COLLINS & ASSOCIATES, INC.
465 HARRISON AVENUE
PANAMA CITY, FL 32401

COVAD COMMUNICATIONS
P O BOX 3900
SAN FRANCISCO, CA 94139

CRANE-RYAN LENDING, LLC
2141 FAIRWOOD AVENUE
COLUMBUS, OH 43207

CYPRESS PARTNERS LLC
100 WEST LONG LAKE, STE. 102
BLOOMFIELD HILLS, MI 48304

D-90 CAPITAL, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

DAGUE BUSINESS SERVICES
457-F WATERBURY COURT
COLUMBUS, OH 43230

DAVID M. WARREN, ESQ.
130 S. FRANKLIN STREET
ROCKY MOUNT, NC 27804

DONALD A MAUSAR, ESQ.
WELTMAN WEINBERG & REIS CO, LPA
323 W LAKESIDE AVE., #200
CLEVELAND, OH 44113

E T MACKENZIE
4248 W. SAGINAW HWY.
GRAND LODGE, MI 48837

EAST LANSING CITY TREASURER
410 ABBOTT ROAD
EAST LANSING, MI 48823

EMPLOYMENT SECURITY COMMISSION OF N.C.
3351 CARL SANDBURG COURT
RALEIGH, NC 27610

EMPLOYMENT SECURITY COMMISSION OF NC
2005-B S. ELM-EUGENE STREET
GREENSBORO, NC 27406

EPCON COMMUNITIES
500 STONEHENGE PARKWAY
DUBLIN, OH 43017

ERIC C. MORGAN, PA
214 E. MOUNTAIN STREET
KERNERSVILLE, NC 27284

FIFTH THIRD BANK
21 E. STATE STREET
COLUMBUS, OH 43215

FINSILVER/FRIEDMAN MANAGEMENT CORP.
34975 W. TWELVE MILE ROAD, #100
FARMINGTON, MI 48331

FLAGSTAR BANK, FSB
ATTN: JEFFREY S. JONES
5151 CORPORATE DR., MAIL CODE W-205-2
TROY, MI 48098

FLORIDA DEPARTMENT OF REVENUE
5050 W. TENNESSEE STREET
TALLAHASSEE, FL 32399-0100

FRANKLIN BANK
C/O TOVA SHAVAN, ESQ.
2000 TOWN CENTER, STE. 1500
SOUTHFIELD, MI 48075

GARY L. BUMPUS
108 BEATY STREET
CANAL WINCHESTER, OH 43110

GFC LEASING
P O BOX 2290
MADISON, WI 53701

```
GFC LEASING
5655 VENTURE DRIVE
DUBLIN, OH 43017

GORDON FLESCH CO.
P O BOX 73288
CLEVELAND, OH 44193

GOVERNMENTAL CONSULTANT SERVICES, INC.
530 W. IONIA, STE. B
LANSING, MI 48933

GREENSBORO CLASSIC LIVING II, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

GUILFORD COUNTY TAX DEPARTMENT
P O BOX 3138
GREENSBORO, NC 27402

GUILFORD COUNTY TAX DEPARTMENT
P O BOX 3328
GREENSBORO, NC 27402

HBSC CARD SERVICE
P O BOX 5241
CAROL STREAM, IL 60197

HEARTH & HOME TECHNOLOGIES, INC.
6601 NORTHPARK BLVD., STE. A
CHARLOTTE, NC 28216-0082

HIGH POINT CLASSIC LIVING II, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

HIGH POINT CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

HIGH POINT CLASSIC LIVING, LLC
2209 EAGLE NESTING LANE
GREENSBORO, NC 27407

INDEPENDENT BANK WEST MICHIGAN
C/O RUTH A. SKIDMORE, ESQ.
P O BOX 360
GRAND RAPIDS, MI 49501-0360

INSIGHT SERVICES
6820 HART AVENUE
TEMPE, AZ 85283
```

INSURANCE OFFICE OF CENTRAL OHIO
165 W. MAIN STREET
NEW ALBANY, OH 43054

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 21126
PHILADELPHIA, PA 19114-0326

JONATHAN A. LUMPKIN
1459 BRANCHWOOD DRIVE
ASHEBORO, NC 27205

JUDY J. STALDER
P O BOX 5581
HIGH POINT, NC 27262

KAY GREEN DESIGN, INC.
1105 E. CONCORD STREET
ORLANDO, FL 32803

KBB CONSTRUCTION, INC.
363 E. TOWN STREET
COLUMBUS, OH 43215

KENNETH F. DANTER & COMPANY
363 E. TOWN STREET
COLUMBUS, OH 43215

KENNETH F. DANTER & COMPANY, INC.
363 E. TOWN STREET
COLUMBUS, OH 43215

KIM PATTWELL
11461 SUNSET BLVD.
PINCKNEY, MI 48169

LANSING CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

LAW OFFICE OF JIM MCCRAE, P.A.
1349 INTERNATIONAL PARKWAY SOUTH
#2421
LAKE MARY, FL 32746

LEHMAN BROTHERS BANK
C/O JEFFREY S. KOPP, ESQ.
500 WOODWARD AVE., STE. 2700
DETROIT, MI 48226

LEHMAN BROTHERS BANK, FSB
C/O FOLEY & LARDNER LLP
500 WOODWARD AVE., STE. 2700
DETROIT, MI 48266

LINDA S. DANTER
31 MEADOW PARK
COLUMBUS, OH 43209

LYON CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

MACKENZIE COMPANIES
4248 W. SAGINAW HIGHWAY
GRAND LEDGE, MI 48837

MALLORY & TSIBOURIS, LPA
88 E. BROAD STREET, STE. 1560
COLUMBUS, OH 43215

MICHIGAN DEPARTMENT OF LABOR
CADILLAC PLACE
3024 W. GRANT BLVD.
DETROIT, MI 48202

MICHIGAN DEPARTMENT OF TREASURY
P O BOX 30199
LANSING, MI 48909

MICHIGAN UNEMPLOYMENT AGENCY
P O BOX 169
GRAND RAPIDS, MI 49501

MOMENTUM ENGINEERING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

N.C. DEPARTMENT OF REVENUE
P O BOX 25000
RALEIGH, NC 27640

NATIONAL CITY MORTGAGE CO.
P O BOX 1820
DAYTON, OH 45401-1820

NEXSEN PRUET ADAMS LAW FIRM
701 GREEN VALLEY ROAD, STE. 100
GREENSBORO, NC 27408

OHIO ATTORNEY GENERAL
COLLECTIONS ENFORCEMENT SECTION
150 E. GAY STREET, 21ST FLOOR
COLUMBUS, OH 43215

OHIO DEPARTMENT OF TAXATION
ATTN: BANKRUPTCY DIVISION
P. O. BOX 530
COLUMBUS, OH 43266-0030

PARAGON CONSTRUCTION
4055 HUNSAKER STREET
EAST LANSING, MI 48823

PARK NATIONAL BANK
50 NORTH 3RD STREET
NEWARK, OH 43055

PARK NATIONAL BANK
P O BOX 788
NEWARK, OH 43058

PERRYSBURG CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

PERSONNEL MANAGEMENT
P O BOX 716021
CINCINNATI, OH 45271

PLYMOUTH COMMERCE CENTER, LLC
C/O RAVITZ & TUCKER, P.C.
20850 TELEGRAPH RD., STE. 250
FRANKLIN, MI 48025

REPUBLIC BANK
31155 NORTHWESTERN HIGHWAY
FARMINGTON, MI 48334

ROBERSON HAWORTH & REESE, PLLC
P O BOX 1550
300 N. MAIN ST., STE. 300
HIGH POINT, NC 27261

ROBERT VOGT
C/O JAMES MANIACE
65 EAST STATE ST., #1000
COLUMBUS, OH 43215

ROBERTO HERNANDEZ MEZA
724 CREEK RIDGE ROAD
GREENSBORO, NC 27406

ROY FINANCIAL SERVICES, LLC
6750 A-2 AVERY-MURIFIELD ROAD, STE. 1
DUBLIN, OH 43017

ROYAL BANK OF CANADA
11011 RICHMOND AVE., #850
HOUSTON, TX 77042

SMITH & JENNINGS
1020 HEDGECOCK ROAD
HIGH POINT, NC 27265

```
STOCK BUILDING SUPPLY
P O BOX 404233
ATLANTA, GA 30384

SWEDLOW & BUTLER CO., LPA
10 W. BROAD STREET, STE. 2400
COLUMBUS, OH 43215

SWEDLOW BUTLER LEVINE LEWIS & DYE CO.
ONE COLUMBUS, STE. 2400
10 W. BROAD STREET
COLUMBUS, OH 43215

TAYLOR CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

THE CALDWELL GROUP, INC.
5500 FRANTZ ROAD, STE. 166
DUBLIN, OH 43017

THOMAS MALLORY, JR.
2010 W. DEVON ROAD
COLUMBUS, OH 43212

THOMAS MALLORY, JR.
2010 DEVON ROAD
COLUMBUS, OH 43212

TYCHE V, LLC
363 EAST TOWN ST.
COLUMBUS, OH 43215

U. S. ATTORNEY
303 MARCONI BLVD. STE 200
COLUMBUS, OH 43215

U. S. ATTORNEY GENERAL
MAIN JUSTICE BUILDING, RM. 5111
10TH & CONSTITUTION AVE., N.W.
WASHINGTON, DC 20530

US BANK
P O BOX 790408
SAINT LOUIS, MO 63179

WACHOVIA BANK
C/O JEFFREY S. ROSENSTIEL, ESQ.
2200 PNC CENTER, 201 E. 5TH STREET
CINCINNATI, OH 45202

WASHTENAW COUNTY ROAD COMMISSION
555 N. ZEEB ROAD
ANN ARBOR, MI 48103
```

WASHTENAW COUNTY TREASURER
200 N. MAIN STREET
ANN ARBOR, MI 48107

WAYNE COUNTY
DEPARTMENT OF PUBLIC WORKS
DETROIT, MI 48207

WAYNE COUNTY TREASURER
400 MONROE STREET, 5TH FLOOR
DETROIT, MI 48226

WEISMAN YOUNG SCHLOSS & RUEMENAPP
30100 TELEGRAPH ROAD, STE. 428
FRANKLIN, MI 48025

WESTLAND CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

WESTLAND WATER & SEWER
36601 FORD ROAD
WESTLAND, MI 48185

WILLIAM H. HOLLAND, III
200 HOLLIS AVENUE
PANAMA CITY, FL 32401

WINSTON-SALEM CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

YPSILANTI CLASSIC LIVING, LLC
363 E. TOWN STREET
COLUMBUS, OH 43215

YPSILANTI COMMUNITY UTILITIES AUTHORITY
2777 STATE ROAD
YPSILANTI, MI 48198

YPSILANTI TOWNSHIP
TOWNSHIP CIVIC CENTER
7200 S. HURON RIVER DRIVE
YPSILANTI, MI 48197

YVETTE A COX, ESQ.
BAILEY CAVALIERI LLC
10 WEST BROAD STREET, #2100
COLUMBUS, OH 43215

| In re | **Kenneth F. Danter** |
|---|---|
| | Debtor(s) |
| Case Number: | |
| | (If known) |

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

☑ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| | **Part I. MILITARY AND NON-CONSUMER DEBTORS** |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☑ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends**.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>☐ I remain on active duty /or/<br>☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>OR<br><br>b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

| | Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>**Debtor's Income** | **Column B**<br>**Spouse's Income** |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $ |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary business expenses \| $ \| $ \|<br>\| c. \| Business income \| Subtract Line b from Line a \| \| | $ | $ |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| Gross receipts \| $ \| $ \|<br>\| b. \| Ordinary and necessary operating expenses \| $ \| $ \|<br>\| c. \| Rent and other real property income \| Subtract Line b from Line a \| \| | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act    Debtor $ _____   Spouse $ _____ | $ | $ |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>| | Debtor | Spouse |<br>\|---\|---\|---\|<br>\| a. \| \| $ \| $ \|<br>\| b. \| \| $ \| $ \|<br><br>Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $ | $ |

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: _____    b. Enter debtor's household size: _____ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ☐ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | | |

| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| Total and enter on Line 17 | | $ |

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 19B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| Household members under 65 years of age | | Household members 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per member | | a2. | Allowance per member | |
| b1. | Number of members | | b2. | Number of members | |
| c1. | Subtotal | | c2. | Subtotal | | $ |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| | |
|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B.  **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a.  $ |

| | |
|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.**  If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below:<br><br>_____<br><br>$ |

| | |
|---|---|
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   $ |

| | |
|---|---|
| 22B | **Local Standards: transportation; additional public transportation expense.**  If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   $ |

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a.  $ |

| | |
|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.**  Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** |

| | | |
|---|---|---|
| a. | IRS Transportation Standards, Ownership Costs | $ |
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a.  $ |

| | |
|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.**   $ |

| | |
|---|---|
| 26 | **Other Necessary Expenses: involuntary deductions for employment.**  Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.**   $ |

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|----|------|------|
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center"><strong>Subpart B: Additional Living Expense Deductions</strong><br><strong>Note: Do not include any expenses that you have listed in Lines 19-32</strong></td></tr>
</table>

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34. **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below: $ | $ |
|----|------|------|
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
|----|----|----|
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | $ |
|----|----|----|

|   | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. |   |   | $ | ☐yes ☐no |
|   |   |   | Total: Add Lines |   |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | $ |
|----|----|----|

|   | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. |   |   | $ |
|   |   |   | Total: Add Lines |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|----|----|----|
| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

|   |   |   |
|---|---|---|
| a. | Projected average monthly Chapter 13 plan payment. | $ |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

| 45 (cont.) | | $ |
|----|----|----|
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |
|----|----|----|

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
|----|----|----|
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than $6,575.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI. ☐ **The amount set forth on Line 51 is more than $10,950** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI. ☐ **The amount on Line 51 is at least $6,575, but not more than $10,950.** Complete the remainder of Part VI (Lines 53 through 55). |

| 53 | Enter the amount of your total non-priority unsecured debt | $ |
|---|---|---|

| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
|---|---|---|

| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed. ☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. ☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

### Part VII. ADDITIONAL EXPENSE CLAIMS

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total: Add Lines a, b, c, and d | $ |

### Part VIII. VERIFICATION

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* Date: __March 25, 2010__    Signature: __/s/ Kenneth F. Danter__ Kenneth F. Danter *(Debtor)* |