# United States Bankruptcy Court
## Southern District of Ohio

In re   **Kenneth F. Danter**                                              Case No.
                                            Debtor(s)      Chapter      **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **March 25, 2010**                         **/s/ Kenneth F. Danter**
                                            **Kenneth F. Danter**
                                            Signature of Debtor