**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re: Kenneth F. Danter

            Debtor(s)

SSN/TAX ID:
        xxx−xx−8137

Case No.: 2:10−bk−53541

Chapter: 7

Judge:   Charles M Caldwell

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is given that:

The above captioned case has been reassigned from the Honorable John E. Hoffman Jr. to the Honorable Charles M Caldwell .

Dated: March 30, 2010

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court